# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE CONNECTORS REALTY GROUP CORPORATION, DARRYL WILLIAMS, and ANTOINE NASH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>　　　　Defendant. | Case No. 19-cv-00743<br><br>Honorable Charles P. Kocoras |

## UNOPPOSED MOTION FOR EXTENSION OF
## STATE FARM FIRE & CASUALTY'S TIME TO RESPOND TO COMPLAINT

Defendant State Farm Fire & Casualty Company ("State Farm") respectfully moves the Court for extension of State Farm's time to respond to Plaintiffs' Complaint (Dkt. 1), to April 8, 2019. In support of this Motion, State Farm states as follows:

1. The Connectors Realty Group and Antoine Nash (collectively, "Plaintiffs") filed their Complaint (Dkt. 1) on February 5, 2019. State Farm was served with the Complaint on February 14, 2019.

2. Under Federal Rule of Civil Procedure 12, State Farm's response to the Complaint is currently due on March 7, 2019.

3. State Farm requires additional time to prepare its response to the Complaint.

4. State Farm's counsel conferred with Plaintiffs' counsel regarding this motion, and Plaintiffs' counsel authorized State Farm to state that Plaintiffs do not oppose the requested relief.

Dated: February 21, 2019 Respectfully submitted,

/s/ Sondra A. Hemeryck
Sondra A. Hemeryck
Mariangela M. Seale
Sarah E. Finch
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison St., Suite 2900
Chicago, IL 60602
Tel: 312-471-8700
Fax: 312-471-8701
shemeryck@rshc-law.com
mseale@rshc-law.com
sfinch@rshc-law.com

*Attorneys for Defendant State Farm Fire & Casualty*

## **CERTIFICATE OF SERVICE**

I, undersigned counsel, certify that on February 21, 2019, I filed a copy of the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

/s/ Sondra A. Hemeryck