**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE CONNECTORS REALTY GROUP CORPORATION, DARRYL WILLIAMS, and ANTOINE NASH, | Case No. 19-cv-00743 |
| Plaintiffs, | Honorable Charles P. Kocoras |
| v. | |
| STATE FARM FIRE & CASUALTY COMPANY, | |
| Defendant. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on February 26, 2019 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge Charles P. Kocoras, or any judge sitting in his stead in Room 2325 of the United States District Court, Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois, and there present Defendant's Unopposed Motion for Extension of Time to Respond to Complaint.

Dated: February 21, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Sondra A. Hemeryck
　　　　　　　　　　　　　　　　　　　　　Sondra A. Hemeryck
　　　　　　　　　　　　　　　　　　　　　Mariangela M. Seale
　　　　　　　　　　　　　　　　　　　　Sarah E. Finch
　　　　　　　　　　　　　　　　　　　　　RILEY SAFER HOLMES & CANCILA LLP
　　　　　　　　　　　　　　　　　　　　　Three First National Plaza
　　　　　　　　　　　　　　　　　　　　　70 W. Madison St., Suite 2900
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　Tel: 312-471-8700
　　　　　　　　　　　　　　　　　　　　　Fax: 312-471-8701
　　　　　　　　　　　　　　　　　　　　　shemeryck@rshc-law.com
　　　　　　　　　　　　　　　　　　　　　mseale@rshc-law.com
　　　　　　　　　　　　　　　　　　　　　sfinch@rshc-law.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant State Farm Fire & Casualty*

## **CERTIFICATE OF SERVICE**

    I, undersigned counsel, certify that on February 21, 2019, I filed a copy of the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

                                                 /s/ Sondra A. Hemeryck