IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CONNECTORS REALTY ) <br> GROUP CORPORATION, et al. ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE FARM FIRE & CASUALTY ) <br> COMPANY, ) <br> ) <br>    Defendant. ) <br> ) | No.   19-cv-00743 <br><br> Honorable Charles P. Kocoras |

### NOTICE OF VOLUNTARY DISMISSAL OF COUNT IX
### OF PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

Plaintiffs, The Connectors Realty Group Corp., Darryl Williams and Antoine Nash (collectively "Plaintiffs"), by their attorney, Kenneth Anspach, pursuant to Fed.R.Civ.P. 41(a), hereby dismiss Count IX of Plaintiffs' Amended Class Action Complaint (Dkt. 24).

                                                                           Plaintiffs,
                                                                            THE CONNECTORS REALTY GROUP
                                                                            CORPORATION, DARRYL WILLIAMS
                                                                            and ANTOINE NASH,

                                                                          By:  <u>/s/ Kenneth Anspach</u>
                                                                                his attorney

KENNETH ANSPACH, ESQ.
ANSPACH LAW OFFICE
111 West Washington Street
Suite 1625
Chicago, Illinois 60602
(312) 407-7888
ken@anspachlawoffice.com