IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CONNECTORS REALTY ) <br> GROUP CORPORATION and DARRYL ) <br> WILLIAMS, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE FARM FIRE & CASUALTY ) <br> COMPANY, ) <br> ) <br>     Defendant. ) <br> ) | No.   19-cv-00743 <br><br> Honorable Charles P. Kocoras <br> Magistrate Young B. Kim |

## MOTION TO FILE UNDER SEAL DOCUMENT NO. 207

Plaintiffs, THE CONNECTORS REALTY GROUP CORPORATION and DARRYL WILLIAMS (collectively "Plaintiffs"), by their attorney, KENNETH ANSPACH, pursuant to L.R. 26.2 and the Confidentiality Order dated April 29, 2022 (the "4/29/22 Order"), hereby move this Court to seal Document No. 207 titled Objections to Portions of Magistrate's 9/9/22 Order. Pursuant to L.R. 26.2 a redacted public version of Objections to Portions of Magistrate's 9/9/22 Order is being filed of even date herewith.

WHEREFORE, upon the above and foregoing, Plaintiffs request that this motion be granted.

                                                                   Plaintiffs,
                                                                   THE CONNECTORS REALTY GROUP
                                                                   CORPORATION and DARRYL
                                                                   WILLIAMS,

                                                                  By:  <u>/s/ Kenneth Anspach</u>
                                                                          their attorney

KENNETH ANSPACH, ESQ.
ANSPACH LAW OFFICE
111 West Washington Street
Chicago, Illinois 60602
(312) 407-7888
ken@anspachlawoffice.com