**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE CONNECTORS REALTY GROUP CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE & CASUALTY COMPANY, <br><br> Defendant. | Case No. 19-cv-00743 <br><br> Honorable Jeremy C. Daniel <br><br> Magistrate Judge Young B. Kim |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff The Connectors Realty Group Corporation ("Connectors") and Defendant State Farm Fire and Casualty Company ("State Farm") (collectively, the "Parties"), by and through their attorneys, hereby jointly stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action, and each and every count and claim and counterclaim asserted herein, be dismissed with prejudice, with each party to bear its owns costs, expenses and attorneys' fees.

Dated: May 1, 2025

/s/ Kenneth Anspach
Kenneth Anspach, Esq.
ANSPACH LAW OFFICE
111 West Washington Street, Suite 1625
Chicago, Illinois 60602
(312) 407-7888
ken@anspachlawoffice.com

Thomas G. Gardiner
John D. Scheflow
GARDINER KOCH WEISBERG & WRONA
121 W. Wacker, Suite 3600
Chicago, Illinois 60601
(312)-362-0000
tgardiner@gkwwlaw.com
jscheflow@gkwwlaw.com

*Attorneys for Plaintiff The Connectors Realty Group Corporation*

Respectfully submitted,

/s/ *Sondra A. Hemeryck*
Sondra A. Hemeryck
Joseph A. Cancila, Jr.
Kalia Coleman
Lauren Abendshien
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn St., Suite 2200
Chicago, IL 60603
(312) 471-8700
shemeryck@rshc-law.com
jcancila@rshc-law.com
kcoleman@rshc-law.com
labendshien@rshc-law.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

CERTIFICATE OF SERVICE

      I, Kenneth Anspach, an attorney, hereby certify that on the 1st day of May, 2025, I filed the foregoing document through the Court's CM/ECF system, which will serve notice of filing on all counsel of record.

/s/ Kenneth Anspach

2